EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2009 TSPR 182 |
| Extensión de Términos por Motivo de concesión de la mañana del 24 de diciembre y el día 31 de diciembre de 2009 | 177 DPR ____ |

Número del Caso: EM-2009-5

Fecha: 16 de diciembre de 2009

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por motivo de la concesión
de la mañana del 24 de                    Núm. EM-2009-05
diciembre y el día 31 de
diciembre de 2009.

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de diciembre de 2009.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del jueves 24 de diciembre de 2009 sin cargo a vacaciones, y el día 31 de diciembre de 2009 libre, con cargo a la licencia de vacaciones.

A tal efecto, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, disponemos que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerarán los días 24 y 31 de diciembre de 2009, como días feriados. Cualquier término a vencer el jueves 24 de diciembre de 2009, se extenderá hasta el lunes 28 de diciembre de 2009; y cualquier término a vencer el 31 de diciembre de 2009, se extenderá hasta el próximo día laborable, 4 de enero de 2010.

Se ordena la inmediata difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo